UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Bruce Howard Aycock**         **Docket No. 7:23-CR-90-1BO**

**Petition for Action on Supervised Release**

COMES NOW Henry Ponton, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Bruce Howard Aycock, who, upon an earlier plea of guilty to Receive Child Pornography, in violation of 18 U.S.C. §§ 2252(a)(2)(A) and (b)(1), was sentenced by the Honorable Catherine C. Eagles, United States District Judge in the Middle District of North Carolina, on June 10, 2014, to the custody of the Bureau of Prisons for a term of 132 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 240 months.

Bruce Howard Aycock was released from custody on May 3, 2023, at which time the term of supervised release commenced. On August 10, 2023, jurisdiction was transferred to the Eastern District of North Carolina and assigned to the Honorable Terrence W. Boyle, United States District Judge.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On May 10, 2023, the defendant completed a psychosexual evaluation with Forensic Consulting Services in Wilmington, North Carolina. Following the evaluation, he was placed in group and individual outpatient treatment. The defendant was approached about the below proposed modifications of his release conditions to adequately address any risk. The defendant was not opposed and signed a Waiver of Hearing agreeing to the proposed modifications of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. To ensure compliance with supervision, the defendant shall submit to unannounced searches of any computer or computer equipment (including mobile phones, tablets, and data storage devices) which may include the use of computer monitoring technology, computer search or analysis software, and copying of all data from the device and external peripherals. Such examination may require the removal of devices from the defendant's possession for the purpose of conducting a thorough inspection.

2. At the direction of the U.S. Probation Officer, the defendant shall consent to the installation of systems or software that will allow the probation officer or designee to monitor computer use on any computer that the defendant owns or is authorized to use. The defendant shall pay the costs of this monitoring.

3. The defendant shall not enter adult bookstores, sex shops, clubs or bars with exotic or topless dancers, or massage parlors.

4. The defendant shall not possess any legal or illegal pornographic material, including any materials depicting and/or describing "child pornography" and/or "simulated" child pornography as defined in 18 U.S.C. § 2256, nor shall the defendant enter any location where such materials can be accessed, obtained, or viewed, including pictures, photographs, books, writings, drawings, videos, or video games.

Except as herein modified, the judgment shall remain in full force and effect.

Bruce Howard Aycock
Docket No. 7:23-CR-90-1BO
Petition For Action
Page 2

Reviewed and approved,

/s/ David W. Leake
David W. Leake
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Henry Ponton
Henry Ponton
U.S. Probation Officer
414 Chestnut Street, Suite 102
Wilmington, NC 28401-4290
Phone: 910-679-2048
Executed On: September 29, 2023

## ORDER OF THE COURT

Considered and ordered this __29__ day of __Sept.__, 2023, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
United States District Judge