UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Bruce Howard Aycock                                Docket No. 7:23-CR-90-1BO

## Petition for Action on Supervised Release

COMES NOW Henry Ponton, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Bruce Howard Aycock, who, upon an earlier plea of guilty to Receive Child Pornography, in violation of 18 U.S.C. §§ 2252(a)(2)(A) and (b)(1), was sentenced by the Honorable Catherine C. Eagles, United States District Judge in the Middle District of North Carolina, on June 10, 2014, to the custody of the Bureau of Prisons for a term of 132 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 240 months.

The defendant was released from custody on May 3, 2023, at which time the term of supervised release commenced. On August 10, 2023, jurisdiction was transferred to the Eastern District of North Carolina and assigned to the Honorable Terrence W. Boyle, United States District Judge.

On March 6, 2024, the defendant appeared before Your Honor for revocation proceedings. He was sentenced to the custody of the Bureau of Prisons for a term of 40 days. Upon release, the balance of his previously imposed term of supervised release was reinstated under the same terms and conditions previously imposed. The defendant was released from custody on March 16, 2024, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On March 23, 2024, the defendant was arrested by the Burgaw Police Department after committing the offense of Sex Offender on Child Premises (24CR265323). He was at Burgaw Middle School for a community event after school hours. On March 25, 2024, the defendant was released on a secured bond. His next court date is scheduled in Pender County Superior Court on April 10, 2024.

Following his release on bond, our office met with the defendant. He remains in individual and group sex-offense specific treatment. To provide the defendant with additional support, he has also been scheduled for a mental health and psychiatric evaluation at Coastal Horizons in Wilmington, North Carolina.

The U.S. Probation Office intends to file a Motion for Revocation with the court to address this violation. However, in the interim, to mitigate additional safety concerns, it is recommended that the defendant be placed on GPS standalone monitoring pending further court order. The defendant did not object to the proposed modification and signed a Waiver of Hearing.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in the form of location monitoring indicated below until further court order, and follow monitoring procedures specified by the supervising officer which shall be utilized for the purposes of verifying compliance with any court-imposed condition of supervision. The defendant shall submit to the following Location Monitoring: GPS monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer. The defendant must pay all of the cost of the program.

Except as herein modified, the judgment shall remain in full force and effect.

Bruce Howard Aycock
Docket No. 7:23-CR-90-1BO
Petition For Action
Page 2

Reviewed and approved,

/s/ David W. Leake
David W. Leake
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Henry Ponton
Henry Ponton
U.S. Probation Officer
2 Princess Street, Suite 308
Wilmington, NC 28401-4290
Phone: 910-679-2048
Executed On: April 2, 2024

## ORDER OF THE COURT

Considered and ordered this __3__ day of __April__, 2024, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
United States District Judge